HERBERT S. SISSON, as State Commissioner of Excise, Respondent, *v.* MITCHELL HAMLIN et al., Appellants.

*Excise — action to recover on liquor tax bond — gambling on premises.*

*Sisson* v. *Hamlin*, 189 App. Div. 884, affirmed.

(Submitted June 8, 1920; decided July 7, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 20, 1919, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was to recover upon a liquor tax bond, it being alleged that gambling had been permitted upon the premises described in the application for a liquor tax license in violation of section 16 of the Liquor Tax Law. Defendants contended that the room in which the alleged gambling took place was in no way connected with the part of the building referred to in the liquor tax certificate.

*John E. Judge* for appellants.

*Harry D. Sanders* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, MCLAUGHLIN, ANDREWS and ELKUS, JJ.